Marcello T. FLORES, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 42438.

Court of Criminal Appeals of Texas.

Sept. 23, 1970.

Bobby Gene WILSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 43055.

Court of Criminal Appeals of Texas.

Sept. 23, 1970.

Ray Stevens, Buddy Stevens, Houston, for appellant.

William C. Sparks, Dist. Atty., Victoria, and Jim D. Volliers, State's Atty., Austin, for the State.

OPINION

DOUGLAS, Judge.

This is a companion case with Ruiz v. State, Tex.Cr.App., 457 S.W.2d 894, this day decided, and the facts are identical. The contention raised by appellant is the same as in the Ruiz case.

For the reasons stated therein, the judgment is reversed and cause is remanded.

WOODLEY, P. J., and BELCHER, J., dissent.

ONION, Judge (concurring).

For the reasons set forth in my concurrence in Ruiz v. State, Tex.Cr.App., 457 S.W.2d 894, this day decided, I concur in the result here reached.